A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 30, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 11, 2008

FILED
CLERK'S OFFICE

IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)

MDL No. 1999

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 5, 2008, the Panel transferred 23 civil actions to the United States District Court for the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Lynn S. Adelman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Wisconsin and assigned to Judge Adelman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Wisconsin for the reasons stated in the order of December 5, 2008, and, with the consent of that court, assigned to the Honorable Lynn S. Adelman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 30, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)**            MDL No. 1999

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  08-1907 | Bert K. Jacome, et al. v. Sears, Roebuck & Co., et al. |
| **ARIZONA** | |
| AZ  2  08-2004 | William B. Brey, et al. v. Sears, Roebuck & Co., et al. |
| **COLORADO** | |
| CO  1  08-2493 | Jeffrey G. Bullis, et al. v. Sears, Roebuck & Co., et al. |
| **IDAHO** | |
| ID  1  08-460 | Tracy Murphy v. Sears, Roebuck & Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  08-4491 | Robert M. Becnel v. Sunshine Equipment Co., et al. |
| LAE  2  08-4591 | Carl Rachal v. Sears, Roebuck & Co., et al. |
| **MASSACHUSETTS** | |
| MA  1  08-11926 | Heidi R.S. Dallal v. Sears, Roebuck & Co., et al. |
| **MICHIGAN EASTERN** | |
| MIE  2  08-14110 | John Jones, et al. v. Sears, Roebuck & Co., et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-1613 | Gregory W. Dale, et al. v. Sears, Roebuck & Co., et al. |
| **NORTH DAKOTA** | |
| ND  3  08-103 | Matthew Doppler, et al. v. Sears, Roebuck & Co., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  08-587 | Keith W. Whitehouse v. Sears, Roebuck & Co., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM  3  08-1911 | Pierre Skelton v. Sears, Roebuck & Co., et al. |
| **TENNESSEE EASTERN** | |
| TNE  3  08-399 | A. Gregory Ramos v. Sears, Roebuck & Co., et al. |

**MDL No. 1999 - Schedule CTO-1 Tag-Along Actions (Continued)**

<u>**DIST.**</u> <u>**DIV.**</u> <u>**C.A. #**</u>     <u>**CASE CAPTION**</u>

VIRGINIA EASTERN
  VAE   1   08-1136       Steven Grosz, et al. v. Sears, Roebuck & Co., et al.

WASHINGTON WESTERN
  WAW  2   08-1682      Michael W. Michel, et al. v. Sears, Roebuck & Co., et al.

WISCONSIN WESTERN
  WIW   3   08-547        Susan Barnard, et al. v. Sears, Roebuck & Co., et al.